IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE FUNAKOSHI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. 2:06-cv-00425-MCE-KJM<br><br>ORDER MODIFYING PRETRIAL SCHEDULING ORDER PURSUANT TO STIPULATION |

　　　Pursuant to the stipulation of the parties electronically filed herein on May 4, 2007, and good cause having been shown, the pretrial deadlines set forth in the Pretrial Scheduling Order filed May 22, 2006, shall be modified (extended) as follows:

　　　Designation of experts:  June 1, 2007

　　　Law and motion cutoff:  August 3, 2007

　　　In all other respects, the May 22, 2006 Status (Pretrial Scheduling) Order shall remain in effect.

　　　IT IS SO ORDERED.

Dated:  May 14, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1