IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIELLE FUNAKOSHI,  No. 2:06-cv-00425-MCE-KJM

      Plaintiff,

  v.  **ORDER MODIFYING PRETRIAL (STATUS) SCHEDULING ORDER**

UNITED STATES OF AMERICA,

      Defendant.
_____/

Defendant's *ex parte* motion to modify the pretrial schedule is hereby GRANTED. The parties shall adhere to the following pretrial schedule:

Designation of experts: **August 3, 2007**

Expert discovery cutoff: in a timely manner in order to comply with law and motion cutoff (per May 22, 2006 pretrial scheduling order)

Law and motion cutoff: **October 3, 2007**

Final pretrial conference: **December 14, 2007 at 9 a.m.**

Joint pretrial statement due not later than **November 30, 2007.**

Bench trial: **January 14, 2008 at 9:00 a.m.**

///
///
///
///

1

1     In all other respects, the May 22, 2006 Status (Pretrial
2 Scheduling) Order shall remain in effect.  The September 21, 2007
3 Final Pretrial Conference and the October 29, 2007 Bench Trial are
4 vacated.
5     IT IS SO ORDERED.

 Dated: June 6, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE