IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE FUNAKOSHI,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 2:06-CV-00425-MCE-KJM<br><br>ORDER MODIFYING PRETRIAL SCHEDULE |

The stipulation between the parties to modify the pretrial schedule is hereby GRANTED. The parties shall adhere to the following pretrial schedule:

| | |
|---|---|
| Expert discovery cutoff: | November 30, 2007 |
| Law and motion cutoff: | January 31, 2008 |
| Joint Final Pretrial Statement: | April 18, 2008 |
| Final Pretrial Conference: | May 2, 2008 at 9:00 a.m. |
| Bench trial: | June 9, 2008 at 9:00 a.m. |

In all other respects, the May 22, 2006 Status (Pretrial Scheduling) Order shall remain in effect.

IT IS SO ORDERED.

Dated: October 15, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE