PETER J. WHIPPLE
Attorney at Law
3031 W. March Lane, Suite 210 West
Stockton, CA 95219
Telephone: (209) 473-3300

Attorney for Plaintiff Danielle Funakoshi

McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2775

Attorneys for Defendant United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIELLE FUNAKOSHI, | ) | No. 2:06-CV-00425-MCE-KJM |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) | |

///
///
///
///
///
///
///
///
///

1

1  IT IS HEREBY STIPULATED by and between the parties, through their respective
2 undersigned attorneys, and upon the Court's approval, that the date scheduled for the final pretrial
3 conference be changed from May 2, 2008 to April 11, 2008 at 9:00 a.m.  The joint final pretrial
4 statement shall be filed no later than 2 weeks prior thereto, to wit, on or before March 28, 2008.
5  IT IS SO STIPULATED.

DATED: _____                      _____
                                                PETER J. WHIPPLE
                                                Attorney at Law

                                                Attorney for Plaintiff
                                                Danielle Funakoshi


DATED: _____                      McGREGOR W. SCOTT
                                                United States Attorney


                                        By:   _____
                                                BOBBIE J. MONTOYA
                                                Assistant U.S. Attorney

                                                Attorneys for Defendant
                                                United States of America

                        _____ oOo_____


 IT IS SO ORDERED.

 Dated: November 15, 2007

                                              _____
                                                MORRISON C. ENGLAND, JR.
                                                UNITED STATES DISTRICT JUDGE

2