1  PETER J. WHIPPLE
   Attorney at Law
2  3031 W. March Lane, Suite 210 West
   Stockton, CA 95219
3  Telephone: (209) 473-3300

4  Attorney for Plaintiff Danielle Funakoshi

5

   McGREGOR W. SCOTT
6  United States Attorney
   BOBBIE J. MONTOYA
7  Assistant U.S. Attorney
   501 I Street, Suite 10-100
8  Sacramento, California 95814-2322
   Telephone: (916) 554-2775
9
   Attorneys for Defendant United States of America
10

11

12

13                     IN THE UNITED STATES DISTRICT COURT

14                   FOR THE EASTERN DISTRICT OF CALIFORNIA

15

16  DANIELLE FUNAKOSHI,            )   Case No. 2:06-CV-00425-MCE-KJM
                                   )
17              Plaintiff,         )   STIPULATION AND ORDER
                                   )
18       v.                        )
                                   )
19  UNITED STATES OF AMERICA,      )
                                   )
20              Defendant.         )
   _____)
21

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                                        1

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, to undertake the depositions of plaintiff's experts David Kosh, M.D., Vinnay Reddy, M.D., and Pasquale Montesano, M.D., outside of the expert discovery period set by the Court in its October 16, 2007 Order.  This was made necessary to lessen the prejudice to defendant resulting from plaintiff's failure to timely disclose her experts and the unavailability of the experts prior to the expiration of the expert discovery period.

IT IS SO STIPULATED.

DATED: _____

PETER J. WHIPPLE
Attorney at Law

Attorney for Plaintiff
Danielle Funakoshi

DATED: _____

McGREGOR W. SCOTT
United States Attorney

By: _____
BOBBIE J. MONTOYA
Assistant U.S. Attorney

Attorneys for Defendant
United States of America

_____ oOo _____

IT IS SO ORDERED.

Dated: November 28, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2