UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DANIELLE FUNAKOSHI,                      No. 2:06-cv-00425-MCE-KJM

      Plaintiff,

  v.                                     **ORDER RE: SETTLEMENT AND DISPOSITION**

UNITED STATES OF AMERICA,

      Defendant.
_____/

Pursuant to the representations of the attorney for Defendant, the Court has determined that this case is settled.[1]

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before February 4, 2008.

Failure to comply with this Order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this Order.

IT IS SO ORDERED.

Dated: January 4, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] In light of the Court's Order Re: Settlement and Disposition, the May 2, 2008 Final Pretrial Conference and the June 9, 2008 bench trial are vacated.