IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIELLE FUNAKOSHI, | ) | No. 2:06-cv-00425-MCE-KJM |
| Plaintiff, | ) | |
| v. | ) | ORDER OF DISMISSAL PURSUANT TO STIPULATION BETWEEN THE PARTIES |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

This action is hereby DISMISSED WITH PREJUDICE pursuant to the Stipulation for Compromise Settlement, Releases and Dismissal filed herein on February 4, 2008. The Clerk of the Court shall enter the dismissal and release in the official docket.

IT IS SO ORDERED.

Dated: February 5, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1